IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ROBERTA A. WHITFIELD, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| vs. | § | CIVIL ACTION NO. H-12-2422 |
| | § | |
| PATRICK R. DONAHOE, *et al.*, | § | |
| | § | |
| | § | |
| Defendants. | § | |

## ORDER

The plaintiff was ordered to file proof of service. She did not. She appears to have filed only what she sent by certified mail. That is insufficient. This case is dismissed, without prejudice. Any outstanding motions are denied without prejudice as moot.

SIGNED on December 11, 2012, at Houston, Texas.

Lee H. Rosenthal
United States District Judge